UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB - 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

January 8, 2007

Kareemah Bell
HOMELESS
P.O. Box 34,182, N.W.
Washington, D.C. 20043

VS.

CIVIL ACTION NO. 07 0310

Sun Glass Hut International
1100 South Hayes Street
Arlington, Virginia 22202

MOTION

I am homeless and unemployed do to a lack of unsuccessful employment. I do not suffer with any mental illness. I am a victim of assault, defamation of character by family members, racial discrimination, and sexual harassment. I am requesting to file a motion hoping that you will accept my United States P.O. Box address as my mailing address.

*Kareemah Bell*
Kareemah Yasmina Bell
HOMELESS
P.O. Box 34182, N.W.
Washington, D.C. 20043

RECEIVED
JAN - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT