# United States Court of Appeals
### For The District of Columbia Circuit



**No. 07-7043**  **September Term, 2006**

07cv00310

Filed On:

Kareemah Yasmina Bell,
    Appellant

v.

Sun Glass Hut International,
    Appellee

FILED
MAY 2 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  MAY 1 7 2007

CLERK

**BEFORE**: Ginsburg, Chief Judge, and Rogers and Kavanaugh, Circuit Judges

### O R D E R

Upon consideration of the notice of appeal, which seeks review of an order of the district court transferring appellant's civil action to another district court; and appellant's brief and appendix, it is

**ORDERED** that the notice of appeal be construed as a petition for writ of mandamus, and appellant's brief and appendix be construed as a memorandum of law and fact in support of the petition. Because a district court order transferring a case to another district is not an appealable order, the proper means for contesting such an order is a petition for writ of mandamus filed in this court. See Hill v. Henderson, 195 F.3d 671, 676 (D.C. Cir. 1999); D.C. Circuit Handbook of Practice and Internal Procedure at 18 (2007). It is

**FURTHER ORDERED** that the petition for writ of mandamus be dismissed. The petition was filed after all the papers filed in the district court were electronically transferred to the United States District Court for the Eastern District of Virginia. In these circumstances, the transfer of the case file to another district where jurisdiction would lie deprives this court of jurisdiction to review the transfer. See In re Asemani, 455 F.3d 296, 299-300 (D.C. Cir. 2006); Starnes v. McGuire, 512 F.2d 918, 924 (D.C. Cir. 1974) (en banc).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

Per Curiam

BK